UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY NELSON NIXON,

    Petitioner,

  v.

V.S.P. STATE PRISON, CHOWCHILLA,

    Respondent.

                   /

No. C 14-0438 NC (PR)

**ORDER OF TRANSFER**

  This federal habeas action, in which petitioner challenges convictions he suffered in the Kern County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

  IT IS SO ORDERED.

DATED: April 14, 2014

                        NATHANAEL M. COUSINS
                        United States Magistrate Judge